D/F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

NOT FOR PRINT OR
ELECTRONIC PUBLICATION

------------------------------------------------------------------x

HONG MAI,

                Plaintiff,

08-MC-283 (ARR)(LB)

-against-

NEW YORK STATE OFFICE OF TEMPORARY
AND DISABILITY ASSISTANCE, NEW YORK
STATE DEPARTMENT OF HEALTH, NEW YORK
STATE MEDICAID PROGRAM, NEW YORK CITY
DEPARTMENT OF HUMAN RESOURCE ADMIN-
ISTRATION, AND DALE SURGICAL SUPPLY,

**ORDER**

                Defendants.

------------------------------------------------------------------x

ROSS, United States District Judge:

      By order dated October 10, 2000, I enjoined plaintiff, Hong Mai, from filing any civil actions in this Court without first obtaining leave from Magistrate Judge Pollak. See Mai v. New York State Dep't of Welfare, No. 00-CV-5914, slip op. (E.D.N.Y. Oct. 10, 2001) On May 15, 2008, plaintiff filed a motion seeking leave to file a complaint relating to an anticipated decision from an Administrative Law Judge of the New York State Office of Temporary and Disability Assistance.

      In a Report and Recommendation dated May 22, 2008 ("the R&R"), Magistrate Judge Pollak recommended that plaintiff's motion be denied because it was "clearly premature" and failed "to state a claim cognizable in federal court." R&R at 3. Although the R&R expressly advised plaintiff that she had to file any objections to the R&R within ten (10) days after

receiving the R&R, no objections have been filed. Accordingly, I have reviewed the R&R f2or clear error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b).

I find no clear error and, therefore, adopt the R&R in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1). Plaintiff's motion for leave to file this action is denied and the Clerk of Court is directed to close this case.

SO ORDERED.

/S/
ALLYNE R. ROSS
United States District Judge

Dated: June 24, 2008
    Brooklyn, New York

2

**SERVICE LIST:**

    Hong Mai
    40-20 Beach Channel Drive
      Apt. 10K
    Far Rockaway, NY 11691

cc:    Magistrate Judge Cheryl L. Pollak